No. 324. UNITED DRUG CO. *v.* WASHBURN, COMMISSIONER OF AGRICULTURE. Argued January 13, 1932. Decided January 18, 1932. *Per Curiam:* The order denying an interlocutory injunction is affirmed. *Alabama* v. *United States*, 279 U. S. 229, 231; *United Fuel Gas Co.* v. *Public Service Commission*, 278 U. S. 322, 326; *National Fire Ins. Co.* v. *Thompson*, 281 U. S. 331, 338. *Mr. Brenton K. Fisk* for appellant. *Messrs. Clement F. Robinson*, Attorney General of Maine, and *Nathan W. Thompson* were on the brief for appellee. *Messrs. John J. Bennett, Jr.*, Attorney General of New York, and *Henry S. Manley*, by leave of Court, filed a brief on behalf of the State of New York et al., as *amici curiae*.